**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| CAMERON HUSTY, Derivatively on Behalf of Nominal Defendant CATALENT, INC., | ) Case No. 1:23-cv-00891-MN |
| Plaintiff, | ) |
| v. | ) |
| J. MARTIN CARROLL, MADHAVAN BALACHANDRAN, MICHAEL BARBER, ROLF CLASSON, ROSEMARY CRANE, KAREN FLYNN, JOHN GREISCH, CHRISTA KREUZBURG, GREGORY LUCIER, ALESSANDRO MASELLI, DONALD MOREL, JACK STAHL, PETER ZIPPELIUS, and JOHN CHIMINSKI, | ) |
| Defendants, | ) |
| and | ) |
| CATALENT, INC., | ) |
| Nominal Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: April 23, 2024

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*

Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
gms@rl-legal.com
hwm@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**THE SCHALL LAW FIRM**
Brian Schall
Rina Restaino
2409 Century Park East, Suite 210
Los Angeles, CA 90067
(213) 509-5739